660 A.2d 504

IN THE MATTER OF A. KENNETH WEINER,
AN ATTORNEY AT LAW.

July 11, 1995.

## ORDER

The Disciplinary Review Board having filed a report with the Court on June 6, 1995, recommending that **A. KENNETH WEINER** of **EAST BRUNSWICK,** who was admitted to the bar of this State in 1970, be reprimanded for the excessive delegation of authority to his non-lawyer staff and for condoning the signing of client names to documents by his staff, in violation of *RPC* 5.3, and good cause appearing;

It is ORDERED that **A. KENNETH WEINER** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.